UNITED STATES DISTRICT COURT          JS-6
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 15-9634-DMG (Ex)** | Date | November 22, 2016 |
|---|---|---|---|

| Title | ***Kirk Clymer, et al. v. City of Gardena, et al.*** | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings:  (IN CHAMBERS) ORDER AND NOTICE TO ALL PARTIES**

In light of the mediator's mediation report, filed October 17, 2016, indicating that the case has settled, this action is placed in inactive status.

By January 31, 2017 the parties shall file either (1) a proper stipulation and order for dismissal or judgment or (2) motion to reopen if settlement has not been consummated.  Upon the failure to timely comply with this Order, this action shall be deemed dismissed as of February 1, 2017.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.  All scheduled dates and deadlines are VACATED.

IT IS SO ORDERED.