# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK LINDSAY, an individual; and KIRK CLYMER, an individual, | Case No.: CV 15-9634-DMG (Ex) |
| Plaintiffs, | **ORDER FOR DISMISSAL WITH PREJUDICE [25]** |
| vs. | |
| CITY OF GARDENA, an incorporated California Municipality; and DOES 1 to 10, inclusive, | |
| Defendants. | |

The above-captioned action is hereby dismissed with prejudice pursuant to the parties' stipulation filed on January 20, 2017.

IT IS SO ORDERED.

DATED: January 27, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE